# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RENE F. FERNANDEZ, | Case No. 2:16-cv-00812-JCM-NJK |
| Plaintiff, | **ORDER** |
| vs. | (Docket No. 35) |
| ROMEO ARANAS, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's Motion to Serve. Docket No. 35. Defendants have filed a response in opposition. Docket No. 38. Plaintiff requests to be served with motions filed by Defendants. Defendants have filed two motions in this case: a Motion for Leave to File Documents Under Seal (Docket No. 14) and a Motion for Summary Judgment (Docket No. 15). The Clerk's Office has already served Plaintiff copies of each.

Plaintiff also requests documents under seal, at Docket Nos. 12, 20, 27. Docket No. 35 at 2. Docket No. 20 is an *Ex Parte* Motion to Extend Copy Limit filed by Plaintiff. Plaintiff must retain his own copy of the motion he filed and is not entitled to service from the Clerk's Office. Docket Nos. 12 and 27 are last-known addresses filed under seal and, therefore, Plaintiff is not entitled to them.

Additionally, Plaintiff requests access to Exhibit C to Defendants' Motion for Summary Judgment. The Court previously denied this request without prejudice. Docket No. 29 at 2-3. The Court also denied Plaintiff's previous Motion for Reconsideration to access Exhibit C to Defendants' Motion for Summary Judgment. Docket No. 37 at 3. The Court noted that, in his Motion to Reconsider,

Plaintiff failed for a second time to explain whether he has pursued the avenues available to him by either requesting to review his medical records under the direct supervision of medical staff or serving discovery requests upon Defendants. *Id.* Plaintiff has now, for the third time, failed to explain whether he has pursued either of these avenues.

Accordingly, for the reasons discussed above, Plaintiff's Motion to Serve is hereby DENIED as to Defendants' two motions, DENIED as to Docket Nos. 12, 20, and 27, and DENIED as to Exhibit C. The Court INSTRUCTS the Clerk's Office to serve the Order Denying *Ex Parte* Motion, Docket No. 29, on Plaintiff.

IT IS SO ORDERED.

DATED: August 29, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge