# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RENE F. FERNANDEZ, | Case No. 2:16-cv-00812-JCM-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 24) |
| ROMEO ARANAS, *et al.*, | |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion for sanctions. Docket No. 24. The Attorney General's Office has filed a response in opposition. Docket No. 26. Plaintiff seeks sanctions for the Attorney General's alleged violation of the Court's order requiring it to file the names of the defendants for whom it accepts service, the names of the defendants for whom it does not accept service, and the names of the defendants for whom it is filing the last-known-address information under seal within 21 days of the order. Docket No. 10 at 2. While it is unclear which portion of the requirement Plaintiff claims the Attorney General violated, the Court construes Plaintiff's argument to claim the Attorney General violated the 21-day deadline set by the Court. The order was issued on January 25, 2017. Docket No 10. The Attorney General filed the appropriate notice on February 15, 2017, which was within 21 days of the order. Docket Nos. 12, 13.

//
//
//

While the Court's order requires the Attorney General's Office to provide the last known *physical* address of a defendant for whom it does not accept service, the Attorney General's Office was initially not in possession of Defendant Joyce Chang's physical address and provided instead a post office box address. Docket Nos. 10 at 2, 12. The Attorney General's Office updated Defendant Chang's address under seal with a physical address once it was obtained. Docket Nos. 26 at 2, 27. Therefore, Plaintiff's motion for sanctions is **DENIED.**

IT IS SO ORDERED.

DATED: September 22, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge